## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| CODY MARTIN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 3:24-CV-49-RGJ |
| ) | |
| COMMERCIAL FLOOR TECH, INC. ) | |
| ) | |
| Defendant ) | |

## **AGREED ORDER OF DISMISSAL**

The parties being in agreement, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that all claims in this matter are DISMISSED WITH PREJUDICE with each party to bear their own costs including attorney fees.

2

Have seen and agreed:


/s/ Charles Rutledge
David Domene
Charles Rutledge
Blackburn Domene & Burchett
614 W. Main Street, #3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
ddomene@bdblawky.com
crutledge@bdblawky.com
*Counsel for Defendant*

*and*

/s/ Robert L. Thompson (w/ permission)
Robert L. Thompson
10529 Timberwood Circle, Unit B
Louisville, KY 40223
Phone: 502-366-2121
Fax: 502-438-9999
robert@RthompsonLegal.com
*Counsel for Plaintiff*